IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUG - 4 2000
U.S. DISTRICT COURT
CLERK'S OFFICE
BY_____DEPUTY

| | | |
|---|---|---|
| TED MEYER AND ROSEMARY MEYER, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. A-96-CA-625-AWA |
| AUSTIN INDEPENDENT SCHOOL DISTRICT, ET AL. | § § § § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

On this day came on for consideration the agreed motion to dismiss of all remaining parties in this suit. The Court finds that the motion should be granted.

It is hereby ordered that this cause and all claims against all Defendants named herein are in all respects dismissed with prejudice to the rights of Plaintiffs to re-file same or any part thereof, or appeal any ruling made herein.

It is further ordered that all costs of suit are to be taxed against the party incurring same.

SIGNED on this 4th day of August, 2000.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

1

70

AGREED AS TO FORM AND
SUBSTANCE:

LAW OFFICES OF
  CHARLES O. GRIGSON
Charles O. Grigson
State Bar No. 08492500
604 West 12th Street
Austin, Texas 78701
(512) 477-5791
(512) 479-6417 (Fax)


By: *Charles O. Grigson*
Charles O. Grigson

ACLU OF TEXAS
VOLUNTEER ATTORNEY

ATTORNEY FOR PLAINTIFFS


WICKLIFF & HALL, P.C.
Kevin W. Cole
State Bar No. 04544500
Jennifer A. Powell
State Bar No. 00783554
400 West 15th Street, Suite 800
Austin, Texas 78701
(512) 469-9210
(512) 469-9270 (Fax)


By: *Kevin W. Cole*
Kevin W. Cole

ATTORNEYS FOR DEFENDANTS